## In re House Bill No. 238.

Statutes — Construction — Repeal.— A proposed amendment to a bill repealing certain acts relating to public buildings provides that such repeal "shall in no manner affect any cause of action or liability either in favor of or against the board of capitol managers as heretofore constituted, or in favor of or against any individual, company or corporation which may have accrued by reason of any contract, bond or other agreement made under said act or acts hereby repealed, but all said causes of action may be prosecuted by or against the board of capitol managers created under this act, as its successor in office of said former board of capitol managers,

in the same manner and with the same effect as if said act had not been repealed." *Held*, that if the bill should be enacted with the above amendment, no existing cause of action or liability arising upon contracts heretofore entered into with the board of capitol managers will be affected by it.

THE following preamble and resolution from the house of representatives are submitted:

"Whereas, on the 1st day of March, 1889, upon the reports of the majority and minority of the committee on public buildings, on house bill No. 238, a doubt was suggested whether the passage of said bill would release or affect any or all contracts heretofore entered into by the board of capitol managers, under the acts of 1885, and particularly the contract between said board of capitol managers and one William D. Richardson, concerning the erection of the capitol building.

"And whereas, the following amendment will be offered to said bill No. 238, as part of section 13 thereof, to be inserted immediately following the word 'reported' ('repealed') at the end of line five of said section, which said proposed amendment is in words following, to wit: 'Provided, always, the repeal of said act or acts shall in no manner affect any cause of action or liability, either in favor of or against the board of capitol managers as heretofore constituted, or in favor of or against any individual, company or corporation which may have accrued by reason of any contract, bond or other agreement made under said act or acts hereby repealed, but all said causes of action may be prosecuted by or against the board of capitol managers created under this act, as its successors in office of said former board of capitol managers, in the same manner and with the same effect as if said acts had not been repealed.'

"And whereas, it is desirable that this house should be fully informed as to the effect of the passage of this act: therefore, be it resolved, that said house bill No. 238, together with the amendments proposed thereto by said

committee on public buildings, and also the amendment herein set out, which is to be proposed to said section 13, be referred to the supreme court, with the request that said court shall advise the house whether the passage of this act, with said amendments made thereto, will invalidate contracts entered into with said board of capitol managers acting under the acts of 1885, or whether said contracts can be enforced by and against the board of capitol managers created under this act."

PER CURIAM.   We are of the opinion that if house bill No. 238 shall be enacted with the amendment as proposed, no existing cause of action or liability arising upon contracts heretofore entered into with the board of capitol managers will be affected thereby.

The proposed amendment does not refer to causes of action or liabilities that may hereafter accrue upon such contracts, nor to the validity thereof.